UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMA PAISANO,

    Petitioner,

v.

MICHAEL PALLARES,

    Respondent.

No. 2:22-cv-0641 CKD P

ORDER

    Petitioner, a California prisoner, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    Petitioner has filed a motion asking that this matter be stayed pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003) so that petitioner can exhaust state court remedies as to claims 4 and 5 in her petition. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's petition for a writ of habeas corpus is dismissed with leave to file an amended petition within 14 days. In the amended petition, petitioner shall omit claims 4 and 5 appearing in the original petition.

/////

/////

/////

/////

1

2. Petitioner's motion for a stay (ECF No. 3) is granted.[1]  Upon filing of the amended petition, this matter will be stayed until petitioner exhausts state court remedies with respect to claims 4 and 5.

Dated:  May 16, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pais0641.sty

---

[1] By granting petitioner's motion for a stay, the court makes no representation as to whether any of the claims in petitioner's petition for a writ of habeas corpus were filed within the applicable limitations period or whether the claims which are dismissed will be deemed timely when reinstated.