IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORMA PAISANO,**<br><br>                                            Petitioner,<br><br>         v.<br><br>**ANISSA DE LA CRUZ,**<br><br>                                            Respondent. | Case No. 2:22-cv-00641-TLN-CKD<br><br>**ORDER** |

Considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including May 4, 2024, to file a response to the opposition to motion to dismiss. Further, Respondent's motion to dismiss shall be decided on the record, and the April 24, 2024, hearing is vacated.

Dated:  April 3, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pais0641.ext