# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA PAISANO,<br><br>        Petitioner,<br><br>v.<br><br>ANISSA DE LA CRUZ,<br><br>        Respondent. | No. 2:22-cv-0641 TLN CKD P<br><br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Norma Paisano, CDCR # WE-6801, a necessary and material witness in a hearing in this case on March 7, 2025, is confined in the Central California Women's Facility (CCWF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Magistrate Judge Carolyn K. Delaney, by Zoom video conference from her place of confinement, on Friday, March 7, 2025 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a hearing at the time and place above, until completion of the hearing or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the Central California Women's Facility at (559) 665-6020 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lisa Kennison, Courtroom Deputy, at lkennison@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CCWF, P. O. Box 1501, Chowchilla, California 93610:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE