UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA PAISANO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANISSA DE LA CRUZ,<br><br>　　　　　Respondent. | No. 2:22-cv-0641 TLN CKD P<br><br><br>ORDER |

　　　Petitioner requests an extension of time to indicate whether she will continue to be represented by Criminal Appeals Advocates. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Petitioner's request for an extension of time (ECF No. 32) is granted.

　　　2. Petitioner is granted until April 30, 2025, to inform the court whether she wishes to continue being represented by Criminal Appeals Advocates. If petitioner terminates representation, petitioner must indicate whether she will proceed pro se or hire an attorney outside of Criminal Appeals Advocates. If petitioner elects to proceed pro se, she may move for appointment of counsel. Petitioner is informed, however, that there is no right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Title

/////

/////

18 U.S.C. § 3006A authorizes the appointment of counsel "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.

Dated: March 31, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pais0641.stat(3)