UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA PAISANO, | No. 2:22-cv-0641 TLN CKD P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| ANISSA DE LA CRUZ, | |
| Respondent. | |

Petitioner is a California prisoner proceeding with counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Respondent's motion to dismiss claims 4 and 5 in petitioner's second amended petition for writ of habeas corpus as time barred is submitted to the court for decision.

A hearing was held in this matter on March 6, 2025. At the hearing, petitioner was informed that one of her attorneys, Aaron Spolin, is the subject of disciplinary proceedings before the California State Bar. Petitioner was also informed that a potentially meritorious argument for equitable tolling of the limitations period based upon Mr. Spolin's late filing of a petition for collateral relief at the California Court of Appeal was not raised in petitioner's opposition to the pending motion to dismiss.

/////

/////

Petitioner was given time to inform the court how she wishes to proceed in terms of her representation. In order to assist petitioner in making her decision, the court appointed counsel. The appointment of that counsel has terminated.

Petitioner has informed the court that she does not wish to proceed with Mr. Spolin or his firm, Criminal Appeals Advocates, as her counsel. She elects to proceed pro se and asks that the court appoint counsel.

Before the court can determine whether appointment of counsel is appropriate, petitioner must show that she is financially eligible. Therefore, the court will send petitioner the court's form-application to proceed in forma pauperis. Petitioner shall complete the form and return it to the court within 30 days.

Accordingly, IT IS HEREBY ORDERED that:

1. Aaron Spolin and Criminal Appeal Advocates are terminated as counsel in this case.
2. Petitioner proceeds pro se.
3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.
4. Petitioner is granted 30 days within which to complete and return the form.
5. Failure to complete and return the form within 30 days may result in a recommendation that this action be dismissed without prejudice.

Dated: May 28, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pais0641.ifp

2