1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NORMA PAISANO,                           No.  2:22-cv-0641 TLN CKD P

12                  Petitioner,

13        v.                                  ORDER

14   ANISSA DE LA CRUZ,

15                  Respondents.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma

18   pauperis.  Examination of the in forma pauperis application reveals that petitioner is unable to

19   afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

20   granted.  See 28 U.S.C. § 1915(a).

21        Petitioner requests appointment of counsel.  In light of the complexity of the legal issues

22   involved with respect to respondent's pending motion to dismiss, the court has determined that

23   the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also

24   Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Appointment of counsel is limited to the

25   opposition of the pending motion to dismiss and will terminate once the motion to dismiss is

26   resolved.

27   /////

28   /////

                                              1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 38) is GRANTED.

2. Petitioner's motion for appointment of counsel (ECF No. 35) is GRANTED.

3. The Federal Defender is appointed to represent petitioner.

4. The Clerk of the Court is directed to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

5. The opposition to respondent's motion to dismiss filed March 25, 2024, and reply to the opposition filed May 1, 2024, are STRICKEN.

6. Petitioner shall file an opposition to the motion to dismiss within 60 days. Respondent may file a reply to the opposition within 30 days of receipt of the opposition.

Dated: July 2, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pais0641.mfc

2