UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA PAISANO,<br><br>Petitioner,<br><br>v.<br><br>ANISSA DE LA CRUZ,<br><br>Respondents. | No. 2:22-cv-0641 TLN CKD P<br><br><br><br>ORDER |

Petitioner has filed a motion for an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 42) is GRANTED.

2. Petitioner's opposition to respondent's motion to dismiss is due September 30, 2025.

3. Respondent may file a reply with 21 days of service of the opposition.

Dated: August 18, 2025

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pais0641.mfe