UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA PAISANO, | No. 2:22-cv-0641 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| ANISSA DE LA CRUZ, | |
| Respondents. | |

    Petitioner is a California prisoner proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On March 4, 2024, respondent filed a motion to dismiss. Respondent asks that the motion be withdrawn. Good cause appearing, that request will be granted.

    On July 2, 2025, the court appointed counsel for petitioner to oppose the motion to dismiss. Petitioner was informed that once the motion to dismiss is resolved, the appointment of counsel would be terminated. Since the motion to dismiss is resolved, petitioner will now proceed pro se.

    Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request that the pending motion to dismiss be withdrawn (ECF No. 48) is GRANTED;

2. Respondent's pending motion to dismiss (ECF No. 17) is deemed withdrawn;

3. Respondent is granted 60 days within which to file a response to petitioner's second

1

amended petition for a writ of habeas corpus (ECF No. 10).

4. The court's appointment of counsel for petitioner is terminated. Petitioner now proceeds pro se in this matter.

5. Petitioner my file a reply to respondent's response to her petition for a writ of habeas corpus within 30 days of service of the response.

Dated: October 20, 2025

*[signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pais0641.mtd